CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **Reburn Lelton Miller**    SS#: **xxx-xx-4343**    Net Monthly Earnings: **557.79**

**Cynthia Jan Miller**    SS#: **xxx-xx-1735**    Number of Dependents: **0**

1. Plan Payments:
   (    ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

   ( **X** ) Payroll deduction Order: To **Cullman County Commission on Education** for
   $ **567.13** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly.

   Length of plan is **36** months, and the total amount of debt to be distributed by the Trustee is $ **20,416.68**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **2,700.00** ; **$975.00** paid pre-petition; as it becomes available

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Citi Mortgage** | **$191,176.01** | ☐ by Trustee ☒ by Debtor **$0.00** | | **$11,126.00** | | **0.00%** | **$309.06** |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Eva Bank** | **$0.00** | **$1,294.65** | **$1,294.95** | **$0.00** | **2005 Chevrolet Malibu 150 K miles** | **6.00%** | **$39.39** | **Month 1** |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

☒ This is an original plan.

☐ This is an amended plan replacing plan dated ____.

☒ This plan proposes to pay unsecured creditors approximately **40** %.

☐ Other Provisions:

Name/Address/Telephone/Attorney for Debtor (s)    Date **January 30, 2012**    **/s/ Reburn Lelton Miller**
**/s/ Mark E. Johnson**      **Reburn Lelton Miller**
     Signature of Debtor
**123 North Main Street**    **/s/ Cynthia Jan Miller**
**Arab, AL 35016**    **Cynthia Jan Miller**
Telephone # **256.586.2900**    Signature of Debtor