IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>Reburn Lelton Miller<br>Cynthia Jan Miller<br>SS#: : XXX-XX-4343  XXX-XX-1735<br>DEBTORS | CASE NO. 12-80289-JAC-13<br><br>CHAPTER 13 |

**TRUSTEE'S OBJECTION TO CONFIRMATION**

Comes now, Philip A. Geddes, Standing Chapter 13 Trustee, in the above captioned case and states the following:

1. The schedules lack sufficient information needed in order to confirm the plan.

2. The Debtors have failed to provide information regarding income for the two (2) years preceding the Chapter 13 on the Statement of Financial Affairs.

3. The Debtors have failed to provide for the student loans on the Chapter 13 plan or on the schedules.

4. The Debtors have failed to provide information regarding the attorney fees that have already been on on the Statement of Financial Affairs.

WHEREFORE, the Trustee prays that confirmation of the Debtors' plan will be denied and the objection be set for hearing.

RESPECTFULLY SUBMITTED, this the 2nd day of April 2012.

/s/ Philip A. Geddes
PHILIP A. GEDDES, TRUSTEE
P.O. BOX 2388
DECATUR, AL  35602-2388
(256)350-0442

**CERTIFICATE OF SERVICE**

I, Philip A. Geddes, certify that on the 2nd day of April 2012, a copy of the above and foregoing instrument was served upon the entities as listed below, via U.S. Mail, postage prepaid & properly addressed to:

Reburn Lelton Miller
Cynthia Jan Miller
1510 Welcome Road
Cullman, AL  35058

MARK E JOHNSON
ATTORNEY AT LAW
123 NORTH MAIN ST
ARAB, AL  35016

/s/ Philip A. Geddes
Philip A. Geddes, Trustee