CHAPTER 13 PLAN

Case No.: **12-80289**

Debtor(s): **Reburn Lelton Miller**  SS#: **xxx-xx-4343**  Net Monthly Earnings: **557.79**

**Cynthia Jan Miller**  SS#: **xxx-xx-1735**  Number of Dependents: **0**

1. Plan Payments:
   (   ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

   ( **X** ) Payroll deduction Order: To **Cullman County Commission on Education** for
   $ **567.13** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly.

   Length of plan is **36** months, and the total amount of debt to be distributed by the Trustee is $ **20,416.68** .

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| **-NONE-** | | | |

   B. Total Attorney Fee: $ **2,700.00** ; **$975.00** paid pre-petition; remainder to be paid as it becomes available.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Citi Mortgage** | $191,176.01 | ☐ by Trustee ☒ by Debtor $1300.00 | February 2012 | $11,126.00 | 7 | 0.00% | $309.06 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Badcock Home** | $13.00 | $1,221.21 | $1221.21 | $0.00 | **Charge off Account** | 5.25% | $25.44 | Upon conf |
| **Eva Bank** | $13.00 | $1,294.65 | $1,294.95 | $0.00 | **2005 Chevrolet Malibu 150 K miles** | 5.25% | $39.39 | Upon conf |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions:

   ☐ This is an original plan.
   ☒ This is an amended plan replacing plan dated **January 30, 2012** .
   ☒ This plan proposes to pay unsecured creditors approximately **40** %.
   ☐ Other Provisions:
   1. Debtors proposes to pay directly the student loan owed to Direct Loans of $57.00.

Name/Address/Telephone/Attorney for Debtor (s)  Date **April 13, 2012**  **/s/ Reburn Lelton Miller**
**Mark E. Johnson**  **Reburn Lelton Miller**
Signature of Debtor
**123 North Main Street**  **/s/ Cynthia Jan Miller**
**Arab, AL 35016**  **Cynthia Jan Miller**
Telephone # **256.586.2900**  Signature of Debtor

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy